**John C. TUTTLE, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Oct. 29, 1954.

———◆———

Lewis & Weaver and William J. Weaver, London, for appellant.

J. D. Buckman, Jr., Atty. Gen., William F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

This case is before us on appeal from a judgment for unlawfully possessing intoxicating liquor in local option territory for the purpose of sale, KRS Chapter 242.

We conclude that there were no substantial errors on the trial, and the judgment is affirmed.